FILED

January 29, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

TRIAL COURT CASE NO. _____

§        IN THE DISTRICT COURT
§
§        _____ COUNTY, TEXAS
§
§        JUDICIAL DISTRICT

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

     Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

     Attorney Address: _____

     Attorney E-Mail Address: _____

     Attorney on appeal (check applicable box):

           ☐ appointed       ☐ retained       ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

     Attorney Address: _____

     Attorney E-Mail Address: _____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____         By:_____(clerk's initials)

1/27/2025 2:44 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002560
Rosa Oneal

CAUSE NO. D-1-GN-24-002560

| | | |
|---|---|---|
| STATE OF TEXAS<br>Plaintiffs | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | 126TH JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| JOHNNY PARTAIN<br>Defendant | § | TRAVIS COUNTY, TEXAS |
| | § | |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant, Johnny Partain, filing this notice and hereby giving his notice of appeal of *Order Granting Permanent Injunction And Other Relief* signed on December 19, 2024, in the above styled and numbered District Court cause, and stating his desire to appeal said order. This appeal is taken to the 3rd Court of Appeals or to the 15th Court of Appeals on basis of a constitutionality and jurisdictional challenges implicating the State of Texas. Defendant shall request the Appeals Court to accelerate this appeal due to this aforementioned order placing the State of Texas in violation of Amendments 4, 5, 9, and 14 of the United States Constitution and Art. 1, Sec. 3, 9, 13, 17, and 29 of the Texas Constitution, causing irreparable damage on the Defendant, wherein the State consistently gives itself immunity, foreclosing any judicial remedy.

Respectfully submitted,

JOHNNY PARTAIN
7020 N. 16th Street
McAllen, Texas 78504
956-687-4966

1

# CERTIFICATE OF SERVICE

   This certifies that a true and correct copy of the foregoing document as been serviced by email on this January 27, 2025 to the following:


ALI THORBURN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24125064
Ali.Thorburn@oag.texas.gov


                  _____

                  Johnny Partain
                  7020 N 16th Street
                  McAllen, Texas 78504
                  partain@atlastechnologies.biz
                  956-240-1821

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96640390
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 1/28/2025 9:01 AM CST

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |
| Zachary Rhines | | Zachary.Rhines@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |

Associated Case Party: JOHNNY PARTAIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnny Partain | | partain@atlastechnologies.biz | 1/27/2025 2:44:20 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 1/27/2025 2:44:20 PM | SENT |